IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBY L. MAGWOOD,

        **Plaintiff,**

v.                            **Case No. 4:14cv313-MW/CAS**

MICHAEL D. CREWS, et al.,

        **Defendants.**

_____/

ORDER ACCEPTING
<u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate's Report and

Recommendation, ECF No. 32, and has also reviewed *de novo* Plaintiff's

objections to the report and recommendation, ECF No.33.  Accordingly

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted**, over Plaintiff's

objections as this Court's opinion. The motion to dismiss, ECF No. 29, is

**GRANTED**.  Plaintiff's complaint, ECF No. 7, is **DISMISSED** as to Defendants

Haas, Oqunsanwo, and Rummel for failure to state a claim upon which relief may

be granted pursuant to 28 U.S.C. § 1915(e)(2).  Further, the motion to dismiss,

ECF No. 11, is **GRANTED**, and Plaintiff's complaint, ECF No. 7, is **DISMISSED**

as to Defendants Crews, Comerford, and Nichols, for failure to state a claim upon

which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) . Plaintiff is

**permitted to submit** an amended complaint limited only to Plaintiff's Eighth

Amendment claim against Defendant Nichols, and limited to a monetary request

for no more than nominal damages pursuant to 42 U.S.C. § 1997e(e). This case is

**REMANDED for further proceedings**.

      **SO ORDERED on January 30, 2015.**

                           **s/Mark E. Walker**
                           **United States District Judge**