IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBY L. MAGWOOD,

    Plaintiff,

vs.                                          Case No. 4:14cv313-MW/CAS

MARSHA NICHOLS,

    Defendant.

_____/

## SECOND REPORT AND RECOMMENDATION

An Report and Recommendation was entered in January 2015, doc. 32, which recommended dismissal of several claims and Defendants. That Report and Recommendation was adopted, doc. 34, and Plaintiff was permitted to file an amended complaint limited only to Plaintiff's Eighth Amendment claim against Defendant Nichols, and limited to a monetary request for no more than nominal damages. Docs. 34, 35. An Order was entered on February 3, 2015, directing the Clerk of Court to provide Plaintiff with a complaint form, and requiring Plaintiff to file the amended complaint by March 3, 2015. Doc. 35. When Plaintiff did not comply, another Order was entered on March 19, 2015, advising Plaintiff that his attempted interlocutory appeal, doc. 36, was invalid, did not deprive this Court of jurisdiction, and Plaintiff was "given a brief period of time in which to either file the amended complaint as directed or submit a response to

this Order which clearly and unambiguously states Plaintiff's refusal to comply and file an amended complaint." Doc. 40. Plaintiff was required to take one of those actions "no later than **April 9, 2015**." *Id.* As of this date, Plaintiff has not complied.

Plaintiff has the burden of going forward with, and prosecuting, his case. A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991). Plaintiff has not demonstrated a desire to prosecute this case and has not complied with two Court Orders directing him to file an amended complaint if he wanted to proceed with this case. This case should now be dismissed.

It is therefore, respectfully **RECOMMENDED** that the remaining claim against Defendant Nichols be **DISMISSED** without prejudice and this case be closed.

**IN CHAMBERS** at Tallahassee, Florida, on April 17, 2015.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**