IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBY L. MAGWOOD,

      Plaintiff,

v.                                  Case No. 4:14cv313-MW/CAS

MARSHA NICHOLS,

      Defendant.

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Second Report and Recommendation, ECF No. 43. Plaintiff has filed no objections to the report and recommendation. Accordingly,

IT IS ORDERED:

The second report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff has failed to prosecute this case by refusing to file an amended complaint as previously ordered

1

by this Court. ECF No. 34.  Plaintiff's remaining claim against Defendant Nichols is DISMISSED without prejudice. All other claims are dismissed for failure to state a claim as explained by prior order, ECF No. 34."  The Clerk shall close the file.

      **SO ORDERED on May 18, 2015.**

                                        <u>s/Mark E. Walker</u>
                                        **United States District Judge**