IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BOBBY L. MAGWOOD,**

    **Plaintiff,**

v.                              Case No. 4:14cv313-MW/CAS

**MARSHA NICHOLS,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 87. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 78, is **GRANTED** due to Plaintiff's refusal to comply with court orders and permit discovery. Defendant's motions for payment of costs, ECF Nos. 78 and 79, are **DENIED** inasmuch as Plaintiff lacks funds with which to do so and the

1

imposition of additional liens would be of no benefit." The Clerk shall close the file.

SO ORDERED on January 31, 2017.

s/Mark E. Walker          
United States District Judge